# UNITED STATES DISTRICT COURT
## FOR THE USDC Northern Indiana
## SOUTH BEND DIVISION

Tophat Framing Systems, LLC, et al.

        Plaintiff,

v.              Case No.: 3:14–cv–02030–JVB–CAN

               Judge Joseph S Van Bokkelen

American Safe Seal, Inc., et al.

        Defendant.

## **CLERK'S ENTRY OF DEFAULT**

  Default is hereby entered against defendant(s)

 American Safe Seal Inc, Cheryl Cook a/k/a Cheryll Cook, and Team Financial Services LLC ,

for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure 55(a).

Date: February 6, 2015      Sincerely,

            ROBERT N. TRGOVICH, CLERK


            By: s/ Jennifer L Darrah
              Deputy Clerk