IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| TOPHAT FRAMING SYSTEMS, LLC, et al. | ) | Case No. 3:14-cv-2030 |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | Judge Joseph S. Van Bokkelen |
| | ) | |
| v. | ) | Magistrate Judge Christopher A. Nuechterlein |
| | ) | |
| AMERICAN SAFE SEAL, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO ACHIEVE SERVICE

This cause is before the Court on Plaintiff Tophat Framing Systems, LLC's Motion for Extension of Time to Achieve Service and the motions and pleadings in the file.

After a review of the Motion, the Court makes the following Order:

Plaintiff's Motion for Extension of Time to Achieve Service is granted in its entirety.

IT IS HEREBY ORDERED that:

1. Plaintiffs shall have an additional 45 days from the date this Order is filed to achieve service of the Summons and Complaint on Defendant Old National, Inc. by publication in accordance with Fed.R.Civ.P. 4(h)(1)(A), Wis. Stat. §801.11(5)(b), and Wis. Stat. ch. 985.

IT IS SO ORDERED.

_____
Joseph S. Van Bokkelen
United States District Judge