UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TOPHAT FRAMING SYSTEMS, LLC, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Cause No. 3:14-cv-2030-JVB-CAN |
| ) | |
| AMERICAN SAFE SEAL, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This cause is before the Court on Plaintiff Tophat Framing Systems, LLC's Motion for Extension of Time to Achieve Service and the motions and pleadings in the file. Because Plaintiff has demonstrated good cause, the Court **GRANTS** Plaintiff's Motion for Extension of Time to Achieve Service in its entirety. [Doc. No. 26]. The deadline for Plaintiff to achieve service of the Summons and Complaint on Defendant Old National, Inc. by publication in accordance with Fed.R.Civ.P. 4(h)(1)(A), Wis. Stat. §801.11(5)(b), and Wis. Stat. ch. 985 is **EXTENDED** until **August 7, 2015**.

IT IS SO ORDERED.

Dated this 23rd Day of June, 2015.

             s/Christopher A. Nuechterlein
             Christopher A. Nuechterlein
             United States Magistrate Judge