# UNITED STATES DISTRICT COURT
# FOR THE USDC Northern Indiana
# SOUTH BEND DIVISION

Tophat Framing Systems, LLC, et al.

                  Plaintiff,

v.                                          Case No.: 3:14–cv–02030–JVB–CAN

                                                          Judge Joseph S Van Bokkelen

Old National, Inc., et al.

                  Defendant.

## **CLERK'S ENTRY OF DEFAULT**

      Default is hereby entered against defendant(s)

                  Old National Inc ,

for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure 55(a).

Date:  September 16, 2015            Sincerely,

                                          ROBERT N. TRGOVICH, CLERK


                                          By:  s/   Carrie Reed
                                                 Deputy Clerk